**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Paradise Living Inc. and Mary Arthur v. Blackburne & Brown
                         Mortgage Fund I

Appellate case number:   01-18-00194-CV

Trial court case number: 2017-56890

Trial court:             11th District Court of Harris County

      Appellee, Blackburne & Brown Mortgage Fund I, has filed an unopposed motion to dismiss its cross-appeal. We grant the motion and dismiss the cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1). The appeal of appellants, Paradise Living Inc. and Mary Arthur, remains pending.

      It is so ORDERED.


Judge's signature: /s/ Harvey Brown_____
                Acting individually


Date: July 19, 2018_____